IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00484-FDW

| | |
|---|---|
| LEANNE E. SNIPES, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NANCY A. BERRYHILL, *Acting Commissioner of Social Security*, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Defendant's Consent Motion to Remand this case to the Social Security Administration. (Doc. No. 15). Noting consent of the parties, the Motion is GRANTED, the Commissioner's decision in this case is REVERSED and this matter will be REMANDED for a new hearing pursuant to Sentence Four of 42 U.S.C. § 405(g).[1]

IT IS SO ORDERED.

Signed: June 11, 2019

Frank D. Whitney
Chief United States District Judge

---

[1] Sentence Four authorizes "a judgment affirming, modifying, or reversing the decision . . . with or without remanding the cause for a rehearing." Sullivan v. Finkelstein, 496 U.S. 617, 625 (1990).